IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| AMBER LYNN HOWE and<br>LORRAINE KAY HOWE | Violations:  18 U.S.C. § 1153; and<br>N.D.C.C. §§ 14-09-22 and 12.1-32-01 |

COUNT ONE

**Child Abuse in Indian Country**

The Grand Jury Charges:

From in or about August 2018 to in or about September 2022, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

AMBER LYNN HOWE,

an Indian, was the parent, guardian, custodian, and adult family and household member of J.I. (DOB 2015), a female child, and she willfully inflicted bodily injury upon J.I. by repeatedly striking the child;

In violation of Title 18, United States Code, Section 1153, and North Dakota Century Code, Sections 14-09-22 and 12.1-32-01.

COUNT TWO

**Child Abuse in Indian Country**

The Grand Jury Further Charges:

From in or about August 2020 to in or about September 2022, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

LORRAINE KAY HOWE,

an Indian, was the parent, guardian, custodian, and adult family and household member of A.I. (DOB 2014), a female child, and she willfully inflicted bodily injury upon A.I. by striking the child with a shoe, stick, and hammer;

In violation of Title 18, United States Code, Section 1153, and North Dakota Century Code, Sections 14-09-22 and 12.1-32-01.

COUNT THREE

**Child Abuse in Indian Country**

The Grand Jury Further Charges:

From in or about January 2020 to in or about December 2020, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

AMBER LYNN HOWE,

an Indian, was the parent, guardian, custodian, and adult family and household member of T.M. (DOB 2006), a male child, and she willfully inflicted bodily injury upon T.M. by striking the child with a board;

In violation of Title 18, United States Code, Section 1153, and North Dakota Century Code, Sections 14-09-22 and 12.1-32-01.

COUNT FOUR

**Child Abuse in Indian Country**

The Grand Jury Further Charges:

From in or about June 2021 through in or about September 2021, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

LORRAINE KAY HOWE,

an Indian, was the parent, guardian, custodian, and adult family and household member of M.M. (DOB 2007) a female child, and she willfully inflicted bodily injury upon M.M. by physically assaulting her and hitting her multiple times with an aerosol can;

In violation of Title 18, United States Code, Section 1153, and North Dakota Century Code, Sections 14-09-22 and 12.1-32-01.

<u>COUNT FIVE</u>

**Child Abuse in Indian Country**

The Grand Jury Further Charges:

From in or about August 2018 to in or about September 2022, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

AMBER LYNN HOWE,

an Indian, was the parent, guardian, custodian, and adult family and household member of J.I. (DOB 2015), a female child, and she willfully inflicted bodily injury upon J.I. by repeatedly strangulating the child;

In violation of Title 18, United States Code, Section 1153, and North Dakota Century Code, Sections 14-09-22 and 12.1-32-01.

A TRUE BILL:

<u>/s/ Foreperson</u>
Foreperson

<u>/s/ Mac Schneider</u>
MAC SCHNEIDER
United States Attorney

GLD/tmg