# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Lorraine Kay Howe, ) | Case No. 1:23-cr-015 |
| ) | |
| Defendant. ) | |

Before the court is a Motion for Release of Discovery filed by Defendant on October 30, 2023. (Doc. No. 40). On February 21, 2023, the court issued a Stipulated Discovery Order and Protective Order that prohibits the dissemination of discovery to persons other than defense counsel, defense counsel's staff, and defense-retained agents and experts. (Doc. No 29). Defendant now seeks the court's permission to share discovery with a clinician who is evaluating her mental health.

There being no objection by the United States, the court **GRANTS** Defendant's motion (Doc. No. 40). Defendant is authorized to share discovery with her clinician for the clinician's use in the evaluation of her mental health. This clinician shall return any discovery provided by Defendant upon completion of the mental health evaluation.

**IT IS SO ORDERED.**

Dated this 14th day of November, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States Disrict Court